Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
16, 2006









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 16, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00134-CV

____________

 

 

IN RE JIMMY RAY BRITTON, Relator

 



_____________________________________________________



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS



_____________________________________________________



 

 

M E M O R A N D U M   O
P I N I O N

On February 15, 2006, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator asked this court to
compel the District Clerk of Harris County, Texas, to provide him with various
documents.








Relator has not established that he is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 16, 2006.

Panel consists of
Justices Hudson, Fowler, and Seymore.